In the Matter of the Arbitration between ACTIVE FABRICS CORPORATION, Respondent, and ROSEDALE FABRICS INCORPORATED, Appellant.

Argued October 7, 1949; decided October 20, 1949.

*Maurice Danson* and *Sydney Hut* for appellant.
*Isidor Enselman* and *Paul Abrams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.